NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DAVID DEWAYNE STEWARD,                    )
DOC # 251436,                             )
                                          )
            Appellant,                    )
                                          )
v.                                        )            Case No. 2D17-3123
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
_____ )

Opinion filed March 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

David Dewayne Steward, pro se.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and KHOUZAM and LUCAS, JJ., Concur.